IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY JAMAL WHITE,         )<br>    ID # 4194-19,         )<br>        Plaintiff,         )<br>vs.         )<br>         )<br>ELLIS COUNTY COMMISSIONERS         )<br>COURT, et al.,         )<br>        Defendants.         ) | No. 3:19-CV-3017-M-BH |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, this action will be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) for failure to state a claim.

SO ORDERED this 15th day of June, 2021.

*Barbara M. G. Lynn*
BARBARA M. G. LYNN
CHIEF JUDGE